In re Matter of Kathleen Richards, Dependent, People of State of Illinois, Appellee, v. Emory Herron, Appellant.

Gen. No. 43,592.

opinion filed April 24, 1946; rehearing denied May 10, 1946; released for publication May 10, 1946. Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel; George F. Barrett, Attorney General, for appellee; William J. Tuohy, State's Attorney, Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, and Joseph A. Pope, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.